AO 238
(REV. 8/93)

# United States District Court

FOR THE

198                     09 HAWAII



CR 03-00320  767414

| Violation Notice Number(s) | Violation Date(s) |
|---|---|
| A1007895 H10 | 05/10/03 |

UNITED STATES OF AMERICA

VS.

BOYCE, TRAVIS J

BLDG 550 RM 245 E QUAD RM 100
SCHOFIELD BKS      HI  96857

*Defendant.*

**MANDATORY COURT APPEARANCE IS REQUIRED.**

**ANSWER TO AN INFORMATION**

OFFENSE: RECKLESS DRIVING

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 02 2008

SUE BEITIA, CLERK

# WARRANT OF ARREST at ___ o'clock and ___ M.

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available
United States Magistrate Judge to answer to the above stated charge(s).

Collateral in the amount of XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXappearanceXXXX

Bail set at $100.00 UNSECURED BOND

WALTER A.Y.H. CHINN, CLERK

by _____
Deputy Clerk

Date June 24, 2003

U.S. Magistrate Judge Barry M. Kurren

*United States Magistrate Judge*

## RETURN

| | Date | Location |
|---|---|---|
| **RECEIVED** | | |

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.*

| Date | Location |
|---|---|
| | |

| | | |
|---|---|---|
| Name _____ | Title _____ | District |
| Date _____ | Signature _____ | DISMISSED |
| | | APR 3 0 2008 |
| | | Date: _____ |

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ___10 May, 03___ while exercising my duties as a law enforcement officer in the ___District of Hawaii___

Ofc Anya and SGT Johnson noticed a blue in color Chevy Spicca parked in at the loading alley parking lot but stopped the vehicle at SGT Smith Theatre ... Boyce was driving reckless driving ... 1905

The foregoing statement is based upon
☑ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on ___10 May 03___      _____ Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____  _____ Date    U.S. Magistrate Judge

DD FORM 1805 (BACK), SEP 1998

CVR Scan 5/19/2003 14:18:50

---

# United States District Court
## Violation Notice

CR03 00320  NW  JUN 24 2003

Loc Code: H-10
Violation No: A1007895

Print Officer Name: Loya, Carcas Jr
Officer No: 06681

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION
Date and Time of Offense: 10May03 2340
Offense Charged: H2S 291-2
Place of Offense: Pkg lot SGT Smith Theatre
Offense Description: Wreckless driving

Defendant's Last Name: Boyce
First Name: Travis   MI: J
Street Address: Bldg 550 RM 245 E Quad RM 100
City: Schofield BKS
State: HI   Zip Code: 96857   Date of Birth: 06 Jun 84
D.L. State: WV   Social Security No: 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
Driver's License No: F208905

### VEHICLE DESCRIPTION
Vehicle Tag No: GCG052   Vehicle Tag State: HI
Year: 95   Vehicle Make: Chevy   Vehicle Color: Blue

A1007895

A ☒ YOU MUST APPEAR IN COURT  SEE INSTRUCTIONS
B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS  SEE INSTRUCTIONS
☐ I wish to terminate this matter by paying the collateral shown below, enclosed
☐ I plead not guilty and promise to appear as required

YOUR COURT DATE
Date: TBA   Time: TBA

Court Address: TBA

Collateral (fine): N/A

For payment by credit card, SEE INSTRUCTIONS
Original - CVB Copy    Previous edition is obsolete

DD FORM 1805, SEP 1998
(Accountable upon issuance to the offender and until passed to the Appropriate Central Violations Bureau (Magistrate Court))